UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. J. G. GARCIA, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00278-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER TO FILE OBJECTIONS TO THE PENDING FINDINGS AND RECOMMENDATION<br><br>[ECF No. 15] |

    Plaintiff Zane Hubbard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On November 18, 2014, the undersigned issued a Findings and Recommendation to dismiss the third amended complaint, with prejudice, for failure to state a cognizable claim for relief. The Findings and Recommendation were served on Plaintiff and contained notice that objections were to be filed within thirty days.

    In lieu of filing objections, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. (ECF No. 16.) On January 14, 2015, Plaintiff's appeal was dismissed for lack of jurisdiction. (ECF No. 19.)

    In the interest of justice, the Court hereby grants Plaintiff **thirty (30)** days from the date of service of this order to file objections to the November 18, 2014, Findings and Recommendation, if he

so desires. After the thirty day time frame, the recommendation will be submitted for review to the assigned district court judge.

IT IS SO ORDERED.

Dated:   **January 15, 2015**

UNITED STATES MAGISTRATE JUDGE